**CRYSTAL SEMICONDUCTOR CORPORATION, Plaintiff–Appellant,**

v.

**TRITECH MICROELECTRONICS INTERNATIONAL, INC., and TriTech Microelectronics International PTE Ltd., Defendants–Cross Appellants,**

**and**

**OPTI, Inc., Defendant–Cross Appellant.**

Nos. 99–1558, 99–1559, 99–1560, 00–1006.

United States Court of Appeals, Federal Circuit.

July 24, 2000.

Wayne M. Harding, for Crystal Semiconductor Corporation.

Robert J. Goldman, for OPTi, Inc.

Plaintiff–Appellant Crystal Semiconductor Corporation ("Crystal") and Defendant–Cross Appellant OPTi, Inc. ("OPTi") have entered a Settlement Agreement that resolves the underlying dispute between them. Pursuant to the Settlement Agreement, Crystal and OPTi have agreed, inter alia, (1) to have OPTi dismissed as a party to Crystal's appeal (No. 99–1559); (2) to dismiss OPTi's cross-appeal (No. 99–1560); and (3) to the entry of a consent judgment in the District Court with respect to OPTi.

Crystal's appeal (No. 99–1559) and the cross-appeals of Defendants–Cross Appellants TriTech Microelectronics International, Inc., and TriTech Microelectronics

International PTE Ltd. ("TriTech") (Nos. 99–1558 and 00–1006) otherwise continue fully as to all issues raised by those appeals.

Accordingly, Crystal and OPTi jointly move pursuant to Rule 42(b), Fed. R.App. P., for an Order that:

1. OPTi is DISMISSED as a party to Crystal's appeal (No. 99–1559).

Crystal's appeal is otherwise unaffected and continues as to all other parties and issues.

2. OPTi's cross-appeal (No. 99–1560) is DISMISSED.

3. Jurisdiction with respect to OPTi is returned to the District Court immediately upon the entry of this [Proposed] Order so that the District Court may enter a consent judgment with respect to OPTi in accordance with the Settlement Agreement between Crystal and OPTi.

Crystal and OPTi shall bear their own costs with respect to this appeal.